# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JASON S. MISE,** | ) | **CASE NO. 5:06CV120** |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

In accordance with the Memorandum Opinion and Order filed contemporaneously with this Judgment, Petitioner's Motion under 28 U.S.C. § 2255 is hereby **DENIED**. Accordingly, this action is **DISMISSED.**

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - August 29, 2006**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**